CHARLES W. SANDFORD, Respondent, *v.* SAMUEL G. WHEELER, Jr., Appellant.

(Argued April 1, 1878; decided April 9, 1878.)

*Thomas M. Wheeler* for appellant.

*Charles W. Sandford* for respondent.

AGREE to affirm. No. opinion.
All concur, except FOLGER, J., absent.
Judgment affirmed.

---

PEOPLE ex rel. JOHN T. HANEMAN, Appellant, *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, Respondents.

(Argued April 1, 1878; decided April 9, 1878.)

REPORTED below, 10 Hun, 255.

*H. Charles Ulman* for appellant.

*Wm. C. Whitney,* for respondents.

Agree to affirm on opinion of DANIELS, J. in court below.
All concur, except MILLER, J., absent.
Judgment affirmed.